ATTACMENT 1

COMPLAINT FORUM

IN THE UNITED ~~COURT~~ States Court

FOR THE SOUTHERN DISTRICT of Indiana

Full NAME OF Plantiff

FAROOQUE AHMED

vs

United States of America

**FILED**
05/08/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Parties

1. Plantiff is a Citizen of U.S.A and located at

   F.C.I Terre Haute P.O Box #33 Terre Haute 47808

2. DeFendant
    U.S.A

Parties

1. FAROOQUE AHMED currently Serving a sentence of 23 Years prison At CMU which Never End.

2. DeFendant United States of America is the Federal Government of United States proper defedent Tort Claim Act (FTCA)

3. All Events describe here accured in the southern District of Indiana Terre Haute Division making proper in this Court

4. Ahmed has exhausted his Remedies a Tort Claim TRT-NCR-2022-05630) and has brought this action with six month of denial of his Claim.

Factual Back Ground:

5) F.C.I Terre Haute CMU is located in the former special confinment Unit (SHU) or death row, Filthy, and Crumbling Facility built in 1930

6. Ahmed has been diagnosed with carpertunnel syndorm

7. On around March or 27th of March, Ahmed was in SHU special Housing Unit. Ahmed was Que to have x-Ray done.

8. Around 8:00 Am to 12:00 pM Noon on my x-Ray appointment Ahmed was removed from either cell 5, or a hand cuff behind his back by U.S.A agent A.K.A Travis webber to conduct by moving machine or portable x-Ray in SHU

9. Ahmed reminded U.S.A agent that he need to hand cuff on his Front in order to do x-Ray on his both knees and ankel And he has carpertunnel syndrom

10. U.S.A Agent T. webber refused to Acomudat inmate Ahmed and Forced inmate Ahmed to Lay back While being hand cuffed from the back with unfay pain -Ful position For all along period of time when x-Ray was done. which caused inmate Farooque Ahmed extream pain and perment injury to his nerves.

11. AFter x-Ray was done Ahmed was put back in his cell he showed agent that his hand start shacking and handcuff Macked outh both rist. He didn't care and left.

12. Ahmed put sick call and complaint about shacking Index and middle Finger constantly. but It was ingnored. Ahmed put more than Malitipal sick call. AFter More than 1 year delay. Ahmed went to see a never Doctor.

13. In April 2023 After see Dr. petal for nerve damage Assesment. She adviced my nerve been damaged That why my 2 Finger Shockes

14. The allegation of 7-13 supra are hereby incoporated by refrence.

15. Agents and employees of united states intantionally Caused Ahmed perment physically and emotinely injury. When he refused to take off the cuff while laying on chair for x-Ray knowing he had carpal tunnel syndrom.

16. Agents and employees of United States intentiouly Caused Ahmed emotional disters and perment ~~hand~~ of Right hand Index and middle damage of Nerve. Which ability to perform daily work with shakey. Neglegent of medical department of delaying to see Nerve Consutant.

17. Agent and employee of United were grossly Negligent Faily to provid medical treatment or any treatment of this Nerve damage.

Relief

1. Nominal and Compasating damage not exced 200,000
2. Cost and Attorney Fee
3. Other relief