UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| FAROOQUE AHMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-00230-JPH-MG |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER SCREENING COMPLAINT AND DIRECTING FURTHER PROCEEDINGS**

Plaintiff Farooque Ahmed is a prisoner currently incarcerated at the Marion United States Penitentiary ("USP Marion"). He filed this civil action under the Federal Tort Claims Act alleging that he received inadequate medical care and was injured while he was confined in the Special Housing Unit ("SHU") at the Federal Correctional Institution in Terre Haute, Indiana ("FCI Terre Haute"). Because the plaintiff is a "prisoner," this Court has an obligation to screen the complaint before service on the defendants. 28 U.S.C. § 1915A(a), (c).

**I. Screening Standard**

When screening a complaint, the Court must dismiss any portion that is frivolous or malicious, fails to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). To determine whether the complaint states a claim, the Court applies the same standard as when addressing a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See Schillinger v. Kiley*, 954 F.3d 990, 993 (7th Cir. 2020). Under that standard, a complaint must include "enough facts to state a claim to

relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The Court construes *pro se* complaints liberally and holds them to a "less stringent standard than formal pleadings drafted by lawyers." *Cesal v. Moats*, 851 F.3d 714, 720 (7th Cir. 2017).

## II. The Complaint

Mr. Ahmed brings this FTCA lawsuit against the United States. He alleges that he suffers from carpal tunnel syndrome. When Mr. Ahmed was being transported for an x-ray, Officer Travis Webber handcuffed him behind his back, despite his request to be handcuffed in front because of his carpal tunnel syndrome. This caused Mr. Ahmed extreme pain. After the x-ray was complete, he showed the officer that his hand and fingers were shaking, but he did not receive treatment for the damage to his hand. Mr. Ahmed was later diagnosed with nerve damage.

Mr. Ahmed alleges that Officer Webber intentionally caused him permanent injury when he refused to remove his handcuffs knowing he had carpal tunnel syndrome. He further alleges that this caused him emotional distress. He finally alleges that employees of the United States demonstrated negligence by failing to treat his nerve damage.

### III. Discussion of Claims

Applying the screening standard to the factual allegations in the complaint Mr. Ahmed's claims shall proceed against the United States under the FTCA as battery, negligent and intentional infliction of emotional distress, and medical malpractice claims.

This summary of claims includes all of the viable claims identified by the Court. All other claims have been dismissed. If the plaintiff believes that additional claims were alleged in the complaint, but not identified by the Court, he shall have **through November 13, 2023,** in which to identify those claims.

### IV. Service of Process

The **clerk is directed** to issue a single summons to the United States attorney for this district and the Attorney General of the United States at Washington, D.C., pursuant to *Fed. R. Civ. P.* 4(i)(1). The Marshal for this District is directed to **serve** the summons and complaint by registered or certified mail at the expense of the United States.

Nothing in this Order prohibits the filing of a proper motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: 10/12/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

4

Distribution:

FAROOQUE AHMED
77315-083
MARION – USP
MARION U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

Electronic Notice to USM-C