UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| FAROOQUE AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:23-cv-00230-JPH-MG |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO DEPOSE PRISONER

Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure and the Court's Order Setting Pretrial Schedule and Discussing Discovery in Prisoner Litigation (the "Pretrial Order," Dkt. 33), Defendant United States of America, by counsel, hereby files a motion for leave to take the deposition of Inmate Hosam Smadi (Inmate Registration Number 39482-177) for the following reasons:

1. Plaintiff Farooque Ahmed has filed a lawsuit against Defendant United States of America asserting claims for battery, negligent and intentional infliction of emotional distress, and medical malpractice under the Federal Tort Claims Act relating to injuries he allegedly sustained while and after receiving an x-ray in March 2022 at the Federal Correctional Institution in Terre Haute, Indiana ("FCI Terre Haute").

2. Plaintiff has named Hosam Smadi as a witness in this case and attached a declaration from Hosam Smadi regarding Hosam Smadi's knowledge of the alleged events giving rise to the claims and allegations at issue. (Dkt. 1-2 at 5-6.)

3. Hosam Smadi is presently incarcerated in the United States Penitentiary in

1

Allenwood, Pennsylvania ("USP Allenwood").

4. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), leave of the Court is required to take the deposition of someone who is incarcerated.

5. Additionally, on February 8, 2024, the Court issued its Pretrial Order, which, among other things, limited the Defendant's oral depositions to the deposition of Plaintiff subject to a motion by Defendant to take additional depositions. (Dkt. 33 at 5.)

6. The undersigned will coordinate with USP Allenwood personnel to depose Hosam Smadi at USP Allenwood through remote video link, with the court reporter to appear and swear the witness remotely.

7. The undersigned will arrange for Plaintiff to participate in the deposition by phone, or video, or by written questions pursuant to Rule 30(c)(3) of the Federal Rules of Civil Procedure.

8. A deposition of Hosam Smadi in this case is within the scope of discovery allowed by the Federal Rules of Civil Procedure and is necessary so that Defendant can properly and adequately prepare its defenses and potential dispositive motion in this cause.

WHEREFORE, Defendant respectfully requests leave to conduct the deposition of Hosam Smadi at the United States Penitentiary Allenwood, Pennsylvania, through remote video link, with the court reporter to appear and swear the witness remotely, subject to all custodial and security rules, regulations, and orders required by Hosam Smadi's custodian.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: */s/ Joi Kamper*

Joi Kamper
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing was also sent by first class U.S. Mail, postage prepaid, and properly addressed to the following:

FAROOQUE AHMED
77315-083
MARION - USP
Inmate Mail/Parcels
P.O. BOX 1000
MARION, IL 62959

*/s/Joi Kamper*
Joi Kamper
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Telephone: (317) 226-6333
Fax: (317) 226-6125
joi.kamper@usdoj.gov